NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1168

### FAIRCHILD SEMICONDUCTOR CORPORATION,

Plaintiff-Appellee,

v.

### THIRD DIMENSION (3D) SEMICONDUCTOR, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Maine in case no. 08-CV-158, Judge D. Brock Hornby.

## ON MOTION

Before LINN, Circuit Judge.

## O R D E R

Third Dimension Semiconductor, Inc. (3D) moves for judicial notice of a decision of the Chengdu Intermediate People's Court, Sichuan Province, the People's Republic of China. 3D states that Fairchild Semiconductor Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   Fairchild is directed to respond within seven calendar days of the date of filing of this order.

(2)   The motion is held in abeyance.

**MAY - 1 2009**

_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK



cc:     Robert H. Stier, Jr., Esq.
         Michael W. Shore, Esq.

s17